AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Robert Pielaet

*Plaintiff(s)*

v.

Legacy Health; Legacy Health System CPC, LLC

*Defendant(s)*

Civil Action No. 3:26-cv-2378-AN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Legacy Health System CPC, LLC
c/o Registered Agent, William J. Aseltyne
Legal Services Department
1919 NW Lovejoy St
Portland, OR 97209

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMIE K. SERB (OSB No. 262027)
VICTORIA E. AINSWORTH (OSB No. 222799)
CROSNER LEGAL, P.C.
805 SW Broadway, Suite 900
Portland, OR 97205
Telephone: (866) 276-7637

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

**MELISSA AUBIN, Clerk of Court**

**Date: 10/29/2026**

**By: s/AidenMorrissey, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| Robert Pielaet<br>*Plaintiff(s)*<br>v.<br>Legacy Health; Legacy Health System CPC, LLC<br>*Defendant(s)* | ) | Civil Action No. 3:26-cv-2378-AN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Legacy Health
c/o Registered Agent, William J. Aseltyne
Legal Services Department
1919 NW Lovejoy St
Portland, OR 97209

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JAMIE K. SERB (OSB No. 262027)
VICTORIA E. AINSWORTH (OSB No. 222799)
CROSNER LEGAL, P.C.
805 SW Broadway, Suite 900
Portland, OR 97205
Telephone: (866) 276-7637

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Da

**Date: 10/29/2026**

**By: s/AidenMorrissey, Deputy Clerk**

UNITED STATES DISTRICT COURT DISTRICT OF OREGON